| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | A.V. Thomas |
| Debtor 2 (Spouse, if filing) | Arlene Thomas |
| United States Bankruptcy Court for the: | Northern District of Ohio |
| Case number | 17-10623 |

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC

**Court claim no.** (if known): 17

**Last 4 digits** of any number you use to identify the debtor's account: 1 0 5 8

**Date of payment change:** Must be at least 21 days after date of this notice: 03/01/2021

**New total payment:** Principal, interest, and escrow, if any: $ 904.62

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____      New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 5.498 %      New interest rate: 4.458 %

   Current principal and interest payment: $ 580.93      New principal and interest payment: $ 569.40

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

| Debtor 1 | A.V. Thomas | | | Case number (if known) 17-10623 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ LeAnn E. Covey
Signature

Date 01/28/2021

Print: LeAnn E Covey
       First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Clunk, Hoose Co., LPA

Address: 4500 Courthouse Blvd., Suite 400
         Number        Street

Stow                OH      44224
City                State   ZIP Code

Contact phone: 330-436-0300

Email: bknotice@clunkhoose.com

## CERTIFICATE OF SERVICE

I certify that on January 28, 2021, a true and correct copy of the Notice of Mortgage Payment Change was served:

Via the court's electronic case filing system on these entities and individuals who are listed on the court's electronic mail notice list:

Melissa L. Resar, on behalf of A. V. Thomas, at mresar@ohiolegalclinic.com

Melissa L. Resar, on behalf of Arlene Thomas, at mresar@ohiolegalclinic.com

Lauren A. Helbling, Chapter 13 Trustee, at ch13trustee@ch13cleve.com

And by regular U.S. mail, postage prepaid, on:

A. V. Thomas, at 19120 Watercrest Ave., Maple Heights, OH 44137

Arlene Thomas, at 19120 Watercrest Ave., Maple Heights, OH 44137

Clunk, Hoose Co., LPA

/S/ LeAnn E. Covey
LeAnn E. Covey (#0083289) - Ext. 2263
4500 Courthouse Blvd.
Suite 400
Stow, OH 44224
(330) 436-0300 - telephone
(330) 436-0301 - facsimile
bknotice@clunkhoose.com



Community Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146

January 4, 2021

A V THOMAS
ARLENE THOMAS
C/O PATRICK D MILLER
614 WEST SUPERIOR AVENUE
SUITE 950
CLEVELAND OH 44113

**Loan Number:** 

**Property Address:** 19120 Watercrest Ave
Maple Hts OH 44137

## Changes to Your Mortgage Interest Rate and Payments on February 1, 2021

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 12-month period during which your interest rate stayed the same. That period ends on February 1, 2021, so on that date your interest rate may change. After that, your interest rate may change every 12 months for the rest of your loan term. Any change in your interest rate may also change your mortgage payment.

|  | Current Rate and Monthly Payment | New Rate and Monthly Payment |
|---|---|---|
| **Interest Rate** | 5.49800% | 4.45800% |
| **Principal** | $466.48 | $478.33 |
| **Interest** | $114.45 | $91.07 |
| **Escrow (Taxes and Insurance)** | $335.22 | $335.22 |
| **Other** | $0.00 | $0.00 |
| **Subsidy** | $0.00 | $0.00 |
| **Total Monthly Payment** | $916.15 | $904.62 Due March 1, 2021 |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is 0.95800% and your margin is 3.50000%. The NTL MNTH MEDN COF SAIF is published monthly in the FREDDIE MAC COST OF FUNDS INDEX.

**Rate Limits:** Your rate cannot go higher than 12.50000% or lower than 3.50000% over the life of the loan. Your rate can change by no more than 2.00000% per change.

The rate change caps for any future payment changes will be based on the terms of your note.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the NTL MNTH MEDN COF SAIF as of now, your margin, your loan balance of $24,513.97, and your remaining loan term of 47 months.

**Please Note:** The new payment amount referenced in this Notice in not an Interest Only payment. If your loan did have an Interest Only payment period, that period has expired and the new payment amount includes funds that will go towards reducing the unpaid Principle Balance.

**Prepayment Penalty:** None

**If You Anticipate Problems Making Your Payments:**

- Please contact the Customer Relations Department at (800) 457-5105 between 8:00 a.m. and 9:00 p.m. (Eastern Time) Monday through Friday, as soon as possible.

- If you seek an alternative to the upcoming changes to your interest rate and payment, the following options may be possible (most are subject to lender approval):
    - **Refinance your loan** with us or another lender;
    - **Sell your home** and use the proceeds to pay off your current loan;
    - **Modify your loan terms** with us;
    - **Payment forbearance** temporarily gives you more time to pay your monthly payment.

- If you would like contact information for counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. If you would like contact information for a state housing finance agency, contact the U.S. Consumer Financial Protection Bureau (CFPB) at http://www.consumerfinance.gov.

Community Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance with non-bankruptcy law and/or informational purposes only. It does not constitute an attempt to collect a debt, to reaffirm a debt, or to impose any personal liability on you. Nothing in this letter (including our use of the words "your," "loan," "mortgage," or "account") means that you're required to repay a debt that's been discharged. If your original obligation was discharged, any payment you make on the account is voluntary, but we still have rights under the security instrument, including the right to foreclose on the property.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.Community Loan Servicing, LLC., NMLS no. 2469.

**Confirmed SII Disclaimer:** If you are a confirmed successor in interest of the account, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt.

**The below mailing address must be used for all Error Notices & Information Requests:**
**Community Loan Servicing, LLC**
**Customer Support**
**4425 Ponce de Leon Boulevard, 5th Floor**
**Coral Gables, FL 33146**